1  Todd M. Friedman (SBN 216752)
2  Adrian R. Bacon (SBN 280332)
   LAW OFFICES OF TODD M. FRIEDMAN, P.C.
3  21550 Oxnard St. Suite 780,
4  Woodland Hills, CA 91367
   Phone: 877-206-4741
5  Fax: 866-633-0228
6  tfriedman@toddflaw.com
7   abacon@ toddflaw.com
   *Attorneys for Plaintiff*
8
9              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
10

11 | RICHARD DASCHBACK, individually and ) | Case No.
12 | on behalf of all others similarly situated, )
13 | Plaintiff, ) | 5:20-cv-01635-CBM-SPx
   | )
14 | )
   | vs. )
15 | ) | **NOTICE OF SETTLEMENT**
   | ) | **AS TO INDIVIDUAL CLAIMS**
16 | HIGH QUALITY VEHICLE PROTECTION; ) | **ONLY**
17 | VAL OMAR, and DOES 1 through 10, )
   | inclusive, and each of them, )
18 | )
   | Defendant. )
19 |

20     NOW COMES THE PLAINTIFF by and through their attorney to
21 respectfully notify this Honorable Court that this case has settled individually.
22 Plaintiff requests that this Honorable Court vacate all pending hearing dates and
23 allow sixty (60) days with which to file dispositive documentation. This Court
24 shall retain jurisdiction over this matter until fully resolved.
25 Dated**:** December 11, 2020          **Law Offices of Todd M. Friedman, P.C.**
26
27                              By: s/ Adrian R. Bacon
28                                  Adrian R. Bacon

## CERTIFICATE OF SERVICE

Filed electronically on December 11, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on December 11, 2020, to:

To the Honorable Court, all parties and their Counsel of Record

<u>s/Adrian R. Bacon</u>
   Adrian R. Bacon